IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Exide Holdings, Inc. | ) | Case No. 20-11157 (LSS) |
| | ) | |
| Debtors. | ) | |
| | ) | |

### ORDER OF REASSIGNMENT OF JUDGE

AND NOW, this 16th day of March 2022, **it is hereby ORDERED** that the above Chapter 11 case (and all associated cases including adversary) is **TRANSFERRED** to the **Honorable Laurie Selber Silverstein** for all further proceedings and dispositions.[1]

*Laurie Selber Silverstein*
Laurie Selber Silverstein
Chief Judge

---

[1] When filing papers, please include the initials of the Judge assigned to the case.